

FILED & JUDGMENT ENTERED
Steven T. Salata

Oct 28 2013

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Wilkesboro Division

IN RE:

Jiles Perry Stanbury  
Brooklyn Hood Stanbury (BIFURCATED)

SSN#: XXX-XX-4134  
SSN#: XXX-XX-0017

Chapter 13  
CASE NO:   13-50118  
Related Court Docket Number: 31

## ORDER

ON 10/24/2013,  AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:  
Motion to Dismiss/Convert/Modify

**AND, THIS COURT FINDS** that:

[ X ]  Plan payments are in substantial default.

[ X ]  Debtor can resume payments.

**IT IS, THEREFORE, ORDERED** that:

[ X ]  Plan payments are set at **$457.00** per month, with the plan extended and the minimum general unsecured dividend adjusted if necessary.

[ X ]  Attorney for debtors allowed presumptive, non-base fee of **$200.00**.

CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on October 25, 2013.

J. Moore  
Office of the Chapter 13 Trustee

This Order has been signed electronically, pursuant to administrative order of the Court.  Effective as of date of entry.

Laura T. Beyer  
UNITED STATES BANKRUPTCY JUDGE

Jiles Perry Stanbury, 4048 Grandin Rd, Lenoir, NC  28645  
Brooklyn Hood Stanbury (BIFURCATED), 1203 Weaver Ct NE Apt 8, Lenoir, NC  28645